USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2021

GEORGIA PESTANA
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARTHA NIMMER
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

June 25, 2021

**VIA ECF**
The Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

  Re: *B.C. obo C.C. v. New York City Dep't of Educ.*, 21-cv-2840 (AJN)(GWG)

Dear Judge Nathan:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Georgia Pestana, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.*, as well as for this action.

  I write again to respectfully request an extension of Defendant's time to respond to the complaint, from June 25, 2021 to August 6, 2021. I also write to request that the August 6, 2021 initial conference be adjourned to September 1, 8 or 9, 2021. Defendant apologizes for not having included specifics in our prior letter motion (ECF No. 9), which would have been timely had it contained the requisite information. We apologize for any inconvenience to the Court. This lapse was due in part to the recent hack of the Law Department's internal systems, which deprived the undersigned of access to all case-related documents for almost two weeks.

  Plaintiff consents to both these requests. This is the second (amended) request for an extension of Defendant's time to answer and the first request for an adjournment of the initial conference. The first request for an extension of the time to answer was made on April 13, 2021 and granted by Your Honor on April 14, 2021. The requested extension would provide the parties with additional time to continue negotiating a settlement. We are hopeful that the parties will settle this matter without the need for further burden on the Court's time.

  Accordingly, Defendant respectfully requests that its time to respond to the complaint be extended to August 6, 2021 and that the initial conference be adjourned to September 1, 8 or 9, 2021.

Thank you for considering this request.

                                               Respectfully submitted,

                                               /s/

                                               Martha Nimmer
                                               Special Assistant Corporation Counsel

cc:    Kevin Mendillo, Esq. (via ECF)

---

The Defendant's request to extend the time to answer to August 6, 2021, is GRANTED. The initial pretrial conference scheduled for August 6, 2021, is adjourned to September 10, 2021, at 3:15 p.m. SO ORDERED.

*[Signature]* 6/30/2021

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.