**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
B.C., individually and on behalf of C.C., a child
with a disability,

                           Plaintiff,

-against-                                    21 **CIVIL** 2840 (ER)

                                                     **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                           Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 9, 2022, the Court has granted B.C.'s motion for attorneys' fees and costs with the modifications to hourly rates, billable hours, and expenses. Thus, for the underlying administrative proceedings, the hours and rates for each attorney and paralegal result in the following fees: Andrew Cuddy, Esq.: $1,134; Jason Sterne, Esq.: $420; Kevin Mendillo, Esq.: $14,790; Kevin Mendillo, Travel: $300; Allison Bunnell: $350; Amanda Pinchak: $750; Khrista Smith: $62.5; Cailin O'Donnell: $1,000; Shobna Cuddy: $338; Sarah Woodard: $125. The hours and rates for each attorney and paralegal in connection with this federal action result in the following fees: Andrew Cuddy, Esq.: $1,218; Kevin Mendillo, Esq.: $7,350; Benjamin Kopp, Esq.: $210; Shobna Cuddy: $337.50; ChinaAnn Reeve: $88. Therefore, prior to any discretionary reductions, B.C. is due $19,269.50 for the underlying administrative action and $9,203.50 for this federal action. After reductions, B.C. is due 15,415.60 for the underlying administrative action and $6,902.63 for this federal fees case. As for costs, the Firm may bill $402 for filing this lawsuit, $25.90 for printing, $11.50 for tolls, $24.77 for meals, $145

for mileage, $60 for parking, and $0.76 for postage, which amount to total costs of $669.93.

Accordingly, B.C. is entitled to a combined total of $22,988.16; accordingly, the case is closed.

**Dated:**  New York, New York

       August 11, 2022

                                            **RUBY J. KRAJICK**

                                                **Clerk of Court**

                    **BY:**       *K. Mango*

                                                **Deputy Clerk**