UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.C., individually and on behalf of C.C., a child with a disability,

            *Plaintiffs*,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

            *Defendant*.

**ORDER**

21-cv-02840-ER

Ramos, D.J.:

On August 31, 2022, Plaintiff appealed from a judgment entered in 21-cv-02840 related to attorney's fees. For the reasons set forth in a case management order in *H.C., Individually, and on behalf of J.C. a child with a disability v. New York City Department of Education*, 21-1582 and related appeals, the Second Circuit Court of Appeals remanded this case to the district court on October 12, 2022. Doc. 74. Pursuant to the order, any appeal concerning a fee dispute involving the Cuddy Law Firm and the New York City Department of Education shall be held in abeyance or remanded to the district court pending a decision in the tandem appeals. *Id.*

The parties are instructed to advise the court within 48 hours of the Second Circuit's decision on those appeals.

It is SO ORDERED.

Dated:   February 8, 2023
         New York, New York

                                                Edgardo Ramos, U.S.D.J.