UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| B.C., individually and on behalf of C.C., a child with a disability<br><br>       Plaintiff,<br>  -*against*-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>       Defendant. | **ORDER**<br><br>21-cv-2840 (ER) |

Ramos, D.J.:

  Pursuant to the Court's March 1, 2023 Order and Opinion, Doc. 54, the New York City Department of Education is hereby ordered to pay Plaintiff in the amount of $1,240.50 for attorneys' fees in connection with the above captioned case.

It is SO ORDERED.

Dated: April 7, 2023
    New York, New York

                     _____
                     Edgardo Ramos, U.S.D.J.