**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
B.C., individually and on behalf of C.C., a child with a disability,

                      Plaintiff,

    -against-                                  21 **CIVIL** 2840 (ER)

                                                   **JUDGMENT**
NEW YORK CITY DEPARTMENT OF               For Attorney's Fees
EDUCATION,

                      Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 15, 2023, and the Court's Order dated April 7, 2023, the New York City Department of Education is hereby ordered to pay Plaintiff in the amount of $1,240.50 for attorneys' fees in connection with the above captioned case; accordingly, the case is closed.

**Dated:**  New York, New York

      August 15, 2023

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                           **BY:**  *K. Mango*

                                                          **Deputy Clerk**